IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Austin DIVISION

Case No. 1:21-cv-1082

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION**:

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

Cause No. 21-O-543; Jorge M. Carrillo and Celia Carrillo v. State Farm Lloyds, in the 421st Judicial District of Caldwell County, Texas

2. Was jury demand made in State Court?   ☒ Yes   ☐ No

If yes, by which party and on what date?

Plaintiffs                                          10-21-2021
Party Name                                          Date

**STATE COURT INFORMATION**:

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Plaintiffs: Jorge M. Carrillo and Celia Carrillo--Attorney, Robert C. Lane; THE LANE LAW FIRM, PLLC, 6200 Savoy Drive, Suite 1150, Houston, Texas 77036; 713-595-8200; Fax 713-595-8201
Defendant: State Farm Lloyds--Attorney R. Ashley Applewhite, Skelton & Woody, PLLC, 248 Addie Roy Rd. Ste B302, Austin,Tx 78746; 512-651-7000; Fax 512-651-7001

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

None

3.    List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

N/A

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS**:

1.    List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

N/A

**VERIFICATION**:

*/s/ R. amran*                                                                      11-29-2021

Attorney for Removing Party                                      Date

State Farm Lloyds

Party/Parties

(NOTE:  Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary)**: