UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JORGE M. CARRILLO AND §<br>CELIA CARRILLO §<br>    *Plaintiffs,* §<br> §<br>v. §<br> §<br>STATE FARM LLOYDS §<br>    *Defendant.* § | <br><br><br><br>CIVIL ACTION NO.  1:21-cv-1082<br><br><br> |

### RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT STATE FARM LLOYDS

TO THE HONORABLE U.S. DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant State Farm Lloyds is not a corporation, has no publicly traded stock and no parent company.  No publicly traded company owns 10% or more of Defendant's stock.

        Respectfully submitted,

        SKELTON & WOODY PLLC
        248 Addie Roy Rd, Bldg B-302
        Austin, Texas 78746
        Telephone:    (512) 651-7000
        Facsimile:    (512) 651-7001

    By:    <u>/s/ R. Ashley Applewhite</u>
        J. Hampton Skelton
        hskelton@skeltonwoody.com
        State Bar No. 18457700
        Edward F. Kaye
        ekaye@skeltonwoody.com
        State Bar No. 24012942
        R. Ashley Applewhite
        State Bar No. 24059388
        aapplewhite@skeltonwoody.com
        ATTORNEYS FOR DEFENDANT
        STATE FARM LLOYDS

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested, on the 29th day of November 2021 to the following counsel of record:

Robert C. Lane
Joshua D. Gordon
Christopher C. West
THE LANE LAW FIRM, PLLC
6200 Savoy Drive, Suite 1150
Houston, Texas 77036

             */s/ R. Ashley Applewhite*
             R. Ashley Applewhite